UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:14CR113 |
| | ) |
| v. | ) **ORDER TO UNSEAL THE INDICTMENT** |
| | ) |
| MAHOUD BERNABE SALAME | ) |

UPON MOTION of the United States of America, by and through **Anne M. Tompkins** United States Attorney for the Western District of North Carolina, for an order directing that the Indictment in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Bill of Indictment in the above-captioned case be unsealed.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

This the 12th day of **September, 2014**.

_____
UNITED STATES MAGISTRATE JUDGE